# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1466
_____

Byron W. Turner

*Plaintiff - Appellant*

v.

Graphic Packaging International, Inc.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: October 7, 2014
Filed: October 22, 2014
[Unpublished]

_____

Before LOKEN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Byron Turner appeals the decision of the district court[1] granting summary judgment in favor of his former employer, Graphic Packaging International, Inc., on

_____

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.

his claims under the Americans with Disabilities Act (ADA).  After careful de novo review, we find no basis to reverse the district court's decision.  See EEOC v. Prod. Fabricators, Inc., Nos. 13-2102-03, 2014 WL 3971477, at *3 (8th Cir. Aug. 15, 2014) (grant of summary judgment reviewed de novo; to establish discrimination under ADA, employee must show that he suffered adverse employment action because of his disability); Ryan v. Capital Contractors, Inc., 679 F.3d 772, 779 (8th Cir. 2012) (hostile work environment under ADA must be subjectively and objectively offensive and extreme in nature).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____